AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Cody S. Howard | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:18-cv-4126 |
| Officer D. Rogers | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing,** the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** On Plaintiff Cody Howard's claim of excessive force against Defendant Officer Don Rogers, we the jury find in favor of Defendant Officer Don Rogers.

This action was *(check one)*:

☑ **tried by a jury with Judge** Susan O. Hickey **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motion for** _____ .

Date: September 21, 2021

CLERK OF COURT

*[signature]* Robin W. Gray

*Signature of Clerk or Deputy Clerk*