IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY S. HOWARD                                                                                          PLAINTIFF

v.                                          Case No. 4:18-cv-4126

OFFICER D. ROGERS                                                                                    DEFENDANT

## ORDER

On September 20-21, 2021, the Court held a jury trial on Plaintiff's claim of excessive force against Defendant Rogers. The jury found in favor of Defendant Rogers. At the conclusion of the jury trial, the Court entered a Judgment in a Civil Action. ECF No. 91. This Order issues to clarify that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge